No. 128. CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* KATE G. WOLFE, ADMINISTRATRIX, ETC. In error to the Supreme Court of the State of Nebraska. Argued December 17, 1902. Decided December 22, 1902. *Per Curiam.* Judgment affirmed with costs, on the authority of *Chicago, Rock Island &c. Railroad Company* v. *Zernecke*, 183 U. S. 582. *Mr. J. W. Deweese* and *Mr. Charles F. Manderson*

for the plaintiff in error. *Mr. T. J. Mahoney* for the defendant in error.